UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SYNGENTA AG MIR162 CORN
LITIGATION

MDL No. 2591

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –42)

On December 11, 2014, the Panel transferred 8 civil action(s) to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 65 F.Supp.3d 1401 (J.P.M.L. 2014). Since that time, 2,048 additional action(s) have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W Lungstrum.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of December 11, 2014, and, with the consent of that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 20, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

DOCUMENT
I attest and certify that this is a
printed copy of a document which was
electronically filed with the United States
District Court for the District of Kansas

11-20-15

mk mart

Case 1:15-cv-01173-CBK Document 5 Filed 11/30/15 Page 2 of 3 PageID #: 43
Case 2:14-md-02591-JWL-JPO Document 1228-1 Filed 11/20/15 Page 1 of 2
Case MDL No. 2591 Document 522 Filed 11/20/15 Page 2 of 3

IN RE: SYNGENTA AG MIR162 CORN
LITIGATION

MDL No. 2591

### SCHEDULE CTO-42 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| SOUTH DAKOTA | | | |
| SD | 1 | 15-01158 | Nickelson v. Syngenta Corporation et al |
| SD | 1 | 15-01159 | Reichling et al v. Syngenta Corporation et al |
| SD | 1 | 15-01160 | Reetz et al v. Syngenta Corporation et al |
| SD | 1 | 15-01161 | Randall v. Syngenta Corporation et al |
| SD | 1 | 15-01162 | Raasch v. Syngenta Corporation et al |
| SD | 1 | 15-01163 | Rozell v. Syngenta Corporation et al |
| SD | 1 | 15-01164 | Rossow v. Syngenta Corporation et al |
| SD | 1 | 15-01165 | Rolstad v. Syngenta Corporation et al |
| SD | 1 | 15-01166 | Ruzsa v. Syngenta Corporation et al |
| SD | 1 | 15-01167 | Rumpca et al v. Syngenta Corporation et al |
| SD | 1 | 15-01168 | Roberts v. Syngenta Corporation et al |
| SD | 1 | 15-01169 | Rinas et al v. Syngenta Corporation et al |
| SD | 1 | 15-01170 | Meier v. Syngenta Corporation et al |
| SD | 1 | 15-01171 | Michlitsch v. Syngenta Corporation et al |
| SD | 1 | 15-01172 | Miles et al v. Syngenta Corporation et al |
| SD | 1 | 15-01173 | Miles v. Syngenta Crop Protection, LLC et al |
| SD | 1 | 15-01174 | Pray v. Syngenta Corporation et al |
| SD | 1 | 15-01175 | Raap v. Syngenta Corporation et al |
| SD | 1 | 15-01176 | Nilson v. Syngenta Corporation et al |
| SD | 1 | 15-01177 | Nolte et al v. Syngenta Corporation et al |
| SD | 1 | 15-01178 | Meier v. Syngenta Corporation et al |
| SD | 1 | 15-01179 | Meier v. Syngenta Corporation et al |
| SD | 1 | 15-01180 | Ogren v. Syngenta Corporation et al |
| SD | 1 | 15-01181 | Pistorius et al v. Syngenta Corporation et al |
| SD | 1 | 15-01182 | Hausvik v. Syngenta Corporation et al |
| SD | 1 | 15-01183 | Heinecke v. Syngenta Corporation et al |
| SD | 1 | 15-01184 | Heinje v. Syngenta Corporation et al |
| SD | 1 | 15-01185 | Hearnen et al v. Syngenta Corporation et al |
| SD | 1 | 15-01186 | Headley v. Syngenta Corporation et al |
| SD | 1 | 15-01187 | Oswald v. Syngenta Corporation et al |
| SD | 1 | 15-01188 | Lesher v. Syngenta Corporation et al |
| SD | 1 | 15-01189 | Johnsen v. Syngenta Corporation et al |

Case 1:15-cv-01173-CBK Document 5 Filed 11/30/15 Page 3 of 3 PageID #: 44
Case 2:14-md-02591-JWL-JPO Document 1228-1 Filed 11/20/15 Page 2 of 2
Case MDL No. 2591 Document 522 Filed 11/20/15 Page 3 of 3

| | | | |
|---|---|---|---|
| SD | 1 | 15-01190 | Heinrich v. Syngenta Corporation et al |
| SD | 1 | 15-01191 | Leverson et al v. Syngenta Corporation et al |
| SD | 1 | 15-01192 | Lesnar v. Syngenta Corporation et al |
| SD | 1 | 15-01193 | Henjum et al v. Syngenta Corporation et al |
| SD | 1 | 15-01194 | Hendrickson v. Syngenta Corporation et al |
| SD | 1 | 15-01195 | Helgeson v. Syngenta Corporation et al |
| SD | 1 | 15-01196 | Silbernagel et al v. Syngenta Corporation et al |
| SD | 1 | 15-01197 | Gaikowski et al v. Syngenta Corporation et al |
| SD | 1 | 15-01198 | Gebur v. Syngenta Corporation et al |
| SD | 1 | 15-01199 | Gill et al v. Syngenta Corporation et al |
| SD | 1 | 15-01200 | Gregerson v. Syngenta Corporation et al |
| SD | 1 | 15-01201 | Gollnick et al v. Syngenta Corporation et al |
| SD | 1 | 15-01202 | Gollnick v. Syngenta Corporation et al |
| SD | 1 | 15-01203 | Friske v. Syngenta Corporation et al |
| SD | 1 | 15-01204 | Fossum et al v. Syngenta Corporation et al |
| SD | 1 | 15-01205 | Fortin et al v. Syngenta Corporation et al |
| SD | 1 | 15-01206 | Foote v. Syngenta Corporation et al |
| SD | 1 | 15-01207 | Flattum v. Syngenta Corporation et al |